```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - X
                                           :
UNITED STATES OF AMERICA                   :
                                           :   ORDER
            -v-                            :   08 Cr. 776
                                           :
BIENVENIDO RIVERA,                         :
                                           :
            Defendant.                     :
                                           :
- - - - - - - - - - - - - - - - - - - - - X
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Michael J. Garcia, by Assistant United States Attorney David B. Massey;

IT IS HEREBY ORDERED that the Indictment in the above-captioned action be unsealed, but that the August 18, 2008 letter from the Government to the Court, which was sealed separately, remain sealed.

Dated: New York, New York
       August __, 2008

_____
UNITED STATE MAGISTRATE JUDGE

HON. MICHAEL H. DOLINGER
United States Magistrate Judge
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 2 2008